Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile: (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Robert Harley*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Harley,<br><br>             Plaintiff,<br><br>       v.<br><br>The Prudential Insurance Company of America, Yavapai-Apache Nation, Yavapai-Apache Nation Disability Plan,<br><br>             Defendants. | Case No.  3:14-cv-08049-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to FRCP Rule 41(a)(1)(A), Plaintiff hereby dismisses without prejudice this cause of action against Defendants The Prudential Insurance Company of America, Yavapai-Apache Nation and the Yavapai-Apache Nation Disability Plan.

Neither an Answer nor a Motion for Summary Judgment have been filed in this matter.

DATED this 21st day of May, 2014.

SCOTT E. DAVIS, P.C.

By:   */s/ Scott E. Davis*
         Scott E. Davis
         Attorney for Plaintiff

-1-